1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DAVID DANIEL NOLEN

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  No. 2:06-cr-0047 LKK
10                                 )
                  Plaintiff,       )
11                                 )  ORDER EXCLUDING TIME
        v.                         )
12                                 )  Judge:  Hon. Lawrence K. Karlton
   DAVID DANIEL NOLEN,             )           (In Chambers)
13                                 )
                  Defendant.       )
14  _____)

15          Following a status conference, the court granted defendant's

16  unopposed request for a continuance for the purpose of further

17  investigation and exploration of non-trial disposition of the case.

18          This case is therefore scheduled for status conference on

19  April 11, 2006 at 9:30 a.m.  Time for trial under the Speedy Trial Act

20  is excluded between March 21, 2006 and April 11, 2006, pursuant to 18

21  U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

22          **IT IS SO ORDERED.**

23
                              By the Court,
24

25
   Dated: March 23, 2006            /s/ Lawrence K. Karlton
26                                   Hon. Lawrence K. Karlton
                                     Senior Judge
27                                   United States District Court

28