1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  DAVID DANIEL NOLEN

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    )  No. 2:06-cr-047   LKK
14                              )
               Plaintiff,       )
15                              )  STIPULATION AND ORDER CONTINUING
        v.                      )  CASE AND EXCLUDING TIME
16                              )
   DAVID DANIEL NOLEN,          )  Date:  April 11, 2006
17                              )  Time:  9:30 a.m.
               Defendant.       )  Judge: Hon. Lawrence K. Karlton
18                              )
   _____)
19

20      **IT IS HEREBY STIPULATED** by and between Matthew C. Stegman,

21 Assistant United States Attorney, Counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey L. Staniels, Counsel for David Daniel Nolen

23 that the status conference scheduled for April 11, 2006, be vacated and

24 the matter continued until April 18, 2006, at 9:30 a.m. for change of

25 plea.

26      The delay of one week is requested to finalize the terms of a plea

27 agreement which cannot be accomplished before April 11, 2006, due to

28 the schedule of counsel and the need for additional information from

and consultation with Mr. Nolen.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be tolled from the filing of this stipulation and proposed order until April 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

The court is advised that counsel for the parties have conferred and Mr. Stegman has authorized Mr. Staniels to sign this stipulation on his behalf.

Dated: April 7, 2006         /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant David Daniel Nolen

Dated: April 7, 2006         /S/ Matthew C. Stegman
                             Matthew C. Stegman
                             Assistant United States Attorney
                             Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 7, 2006         /s/ Lawrence K. Karlton
                             Hon Lawrence K. Karlton
                             Senior United States District Judge

Stipulation and Proposed Order    -2-