```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  DAVID DANIEL NOLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-047   LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| DAVID DANIEL NOLEN, ) | Date:  June 27, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Matthew C. Stegman, Assistant United States Attorney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for David Daniel Nolen that the sentencing hearing scheduled for June 27, 2006, be vacated and the matter continued until August 8, 2006, at 9:30 a.m. in order to permit completion of the presentence report and consultation with Mr. Nolen in light of that report.

The court is advised that counsel for the parties have conferred and Mr. Stegman has authorized Mr. Staniels to sign this stipulation on

1 | his behalf.

2

3 | Dated: June 13, 2006                /S/ Jeffrey L. Staniels
    Jeffrey L. Staniels
    Assistant Federal Defender
4   Counsel for Defendant David Daniel Nolen

5

6 | Dated: June 13, 2006                /S/ Matthew C. Stegman by jls
    Matthew C. Stegman
    Assistant United States Attorney
7   Counsel for Plaintiff

8

9                             **O R D E R**

10     **IT IS SO ORDERED.**

11                            By the Court,

12

13 | Dated: June 15, 2006            _____
                                    LAWRENCE K. KARLTON
14                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Stipulation and Proposed Order
Continuing Sentencing Date        -2-