# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:06CR00047-01 |
| ) | |
| David Daniel NOLEN ) | |
| ) | |

**LEGAL HISTORY:**

On August 8, 2006, the above-named was placed on Probation for a period of 5 years. He was ordered to pay $11,563.32 in restitution, and a $100 special assessment. Special conditions included a requirement for: Warrantless search; Financial disclosure; 180 days home detention; and submit to DNA collection. All financial obligations and special conditions have been satisfied in full.

**SUMMARY OF COMPLIANCE:**

Mr. Nolen has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Nolen has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     **David Daniel NOLEN**
        **Docket Number: 2:06CR00047-01**
        **RECOMMENDATION TERMINATING**
        **PROBATION PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

                        Respectfully submitted,

                        /s/ Shari R. Simon

                        **SHARI R. SIMON**
                        **United States Probation Officer**

Dated:      March 25, 2009
            Roseville, California
            SRS:cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**


cc:     AUSA Matthew Stegman (Pursuant to Rule 32, notice of proposed relief to the release is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35              **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|                           ) | |
|           **vs.**               ) | **Docket Number: 2:06CR00047-01** |
|                           ) | |
| **David Daniel NOLEN** ) | |

On August 8, 2006, the above-named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:       March 25, 2009
              Roseville, California
              SRS:cd

**REVIEWED BY:**      /s/ Richard A. Ertola
                           **RICHARD A. EROTLA**
                           **Supervising United States Probation Officer**

**Re:  David Daniel NOLEN
     Docket Number:   2:06CR00047-01
     ORDER TERMINATING PROBATION
     PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

April 22, 2009
**Date**

*[signature: Lawrence K. Karlton]*

**LAWRENCE K. KARLTON
United States District Judge**

SRS:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office